THE LAW OFFICE OF MATTHEW M SPIELBERG
SBN 72773
21855 Redwood Road
Castro Valley, CA 94546
mspielberg@earthlink.net

UNITED STATES BANKRUPTCY COURT
IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

In Re:

LAUREN J. LOCHRIDGE,

        Debtor

Case No.: 22-40606
Chapter 13

**DECLARATION OF DEBTOR IN SUPPORT OF MOTION TO EXTEND THE AUTOMATIC STAY AS TO U.S. BANK NATIONAL ASSOCIATION AS LEGAL TITLE TRUSTEE AND AMERICAN SCIENTIFIC (11 U.S.C. §362(c)(3))**

I, LAUREN J. LOCHRIDGE, in support of the MOTION TO EXTEND THE AUTOMATIC STAY AS TO U.S. BANK NATIONAL ASSOCIATION AS LEGAL TITLE TRUSTEE AND AMERICAN SCIENTIFIC (11 U.S.C. §362(c)(3)), declare under penalty of perjury of the laws of the United States the following to be true and correct to the best of my knowledge:

1. I am the Debtor in the above-referenced action.
2. I filed this bankruptcy on June 26, 2022.
3. I previously filed the following bankruptcy cases, all of which have been dismissed:
   a. Chapter 13 Case No. 12-41136, Northern District of California, filed February 7, 2012, dismissed on February 3, 2014 by my voluntary

dismissal pursuant to 11 U.S.C. §1307(b) to work out resolution with the prececessor to U.S. BANK NATIONAL ASSOCIATION AS LEGAL TITLE TRUSTEE and AMERICAN SCIENTIFIC outside of bankruptcy;

b. Chapter 13 Case No. 16-43067, Northern District of California, filed November 1, 2016, dismissed on August 1, 2017 on Trustee's motion for failure to confirm a chapter 13 plan;

c. Chapter 13 Case No. 18-40467, Northern District of California, filed February 27, 2018, dismissed on September 11, 2018 on Trustee's motion for failure to make chapter 13 plan payments (unconfirmed).

d. All of those prior cases were filed in an unsuccessful effort to obtain a modification of my mortgage. The lender was unwilling to modify.

e. Recognizing the difficulties of obtaining a loan modification, I filed Chapter 13 case number 18-42193 in September of 2018. That case was converted to a chapter 7 and I received a discharge.

f. Within the one-year period preceding this case, I had been involved in only one bankruptcy case, chapter 13 case no. 19-42592. That was a plan, confirmed the court proposed to pay all of my creditors in full. I made a series of payments to the trustee which totaled more than a quarter of a million dollars. That case failed and was dismissed because I was separated from my employment, and did not have the funds to make the payments, although I had paid over $250,000 to the office of the Chapter 13 Trustee.

4. I have had no other pending bankruptcy cases in the preceding one-year period.

5. I have not had any prior case(s) dismissed in the past year for any of the following reasons:

a. Failure to file or amend other required documents without substantial excuse; or

b. Failure to provide adequate protection as ordered by the Court.

6. I failed to make my payments to the Chapter 13 Trustee in my most recent Chapter 13 because I became separated from my employment in December of 2021 and did not have the income to continue to make my payments to the Chapter 13 Trustee as called for under the plan.

7. I further represent that the present case was indeed filed in good faith and that the previous dismissal was not a result of any willful inadvertence, delay, or negligence.

8. I am currently employed full-time employment as shown on documents as filed with the court and information provided to the Chapter 13 Trustee. My income is sufficient to make all payments called for in the plan as proposed.

9. On that basis, and in consideration of substantially changed circumstances in the midst of this most recent bankruptcy filing, I respectfully request that the Court extend the automatic stay beyond the 30 days currently provided by the Bankruptcy Code.

I declare under penalty of perjury that the foregoing information and belief is true and correct to the best of my knowledge.

DATED: July 5, 2022          __/s/ Lauren Lochridge__

*Lauren Lochridge, Debtor*