| | |
|---|---|
| 1 | Matthew M. Spielberg |
| 2 | State Bar Number 072773<br>21855 Redwood Road |
| 3 | Castro Valley, CA 94546<br>(510) 886-5751 |
| 4 | (209) 586-0250<br>Fax: (510) 886-5780 |
| 5 | |
| 6 | Attorney for Debtor(s). |

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re: ) Bk. Case No. 22-40606
) Chapter 13
)
LAUREN J. LOCHRIDGE, ) MOTION TO WITHDRAW AS ATTORNEY
) OF RECORD
)
Debtor(s). ) Date: December 19, 2023
) Time: 1:30 p.m.
) Place: U.S. Bankruptcy Court
) 1300 Clay St. Ctrm. 215
) Oakland, CA

Matthew M. Spielberg, attorney for the Debtor herein, hereby moves the Court for an order allowing him to withdraw as attorney of record.

The Motion is based upon the Declaration of Matthew M. Spielberg in Support filed herewith.

Dated: November 2, 2023

MATTHEW M. SPIELBERG
Attorney for Debtor